In the Matter of the Application of KENDALE CORPORATION, against MALCOLM GRAHAM, INC., for a Stay of Arbitration Instituted by Respondent by Notice Dated May 21, 1940, Pursuant to Section 1458 of the Civil Practice Act.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of L. M. BERKELEY, Individually, etc., against D. ROBERT KAPLAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [See ante, p. 859.]

MORRIS H. SIEGEL and Another v. METROPOLITAN LIFE INSURANCE COMPANY and Another.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NEW YORK PLUMBERS SPECIALTIES CO., INC., v. ANTON EILERS (Sued Herein as " ANTHONY " EILERS), Impleaded, etc.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of LUCILE PUGH Pursuant to Article 78 of the Civil Practice Act Restraining the Hon. FERDINAND PECORA, Justice of the Supreme Court, First Judicial Department, from Proceeding Without or in Excess of Jurisdiction, Re Case Pending " MARY ORESK against ABRAHAM G. FELDMAN, Defendant."— Motion denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.